1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16

EXHIBIT A

Defendant's Sentencing Position Memorandum

**04/01/24**

Your Honor, Judge Carney,

I am Dr. DeAnna Jordan Crosby, Psy.D., and I am writing to you as the mother of Chance Michael Brannon. Our son Chance is currently facing charges that may lead to incarceration. I humbly request your leniency for him.

As a mother, I would like to beg you to help Chance, and I understand it is your duty to protect the community. As a psychologist, I believe it would serve the community best to help Chance rehabilitate rather than undergo further trauma from being incarcerated. Chance is not only one thing; he also has a beautiful, kind, compassionate side that could greatly value our community by helping others overcome radicalized thinking.

From a young age, Chance suffered emotional trauma due to being abandoned by his biological father and lacking any meaningful relationship with him. I believe this has had a profound impact on him.

Chance has always been an intelligent, kind-hearted, and highly impressionable individual. At nine, he was recruited for Johns Hopkins' City-Wide Talent Search due to his exceptional intelligence, placing him in the top one percent in the county. However, we decided to withdraw him from the program after a year so he could interact with other children and learn valuable skills such as playing sports and riding a bicycle.

Chance remained active in Boy Scouts and various sports activities throughout his childhood. He also dedicated time to volunteering at cat shelters and homeless shelters. It sometimes worried me how trusting he was towards others; for instance, in high school, Chance gave all his summer earnings to a friend who claimed it was needed for their cat's surgery.

Upon completing high school, Chance joined the United States Marines after being enticed by recruiters' promises of an exciting adventure. Despite scoring 99 on his ASVAB (Armed Services Vocational Aptitude Battery), which showcased his intelligence and potential capabilities, he ended up assigned to desk work without any exposure to active-duty experiences and his time in the Marines transformed him

from a liberal-thinking young man who loved this country into someone disillusioned and filled with anger.

My husband and I have consistently provided Chance with every opportunity available—including full financial support for college and graduate school—and offered housing assistance and necessary recovery support. We maintain regular contact through email several times per week while visiting him every week. We know the research highlights the importance of family support in reducing recidivism rates. Our extended family has contacted Chance, offering their love and support during this challenging time.

My husband, Bing Crosby; Chance's biological father, Michael Brannon; my stepdaughter, Madison Crosby; our youngest son, Nolan Crosby; and my mother, Sandy Jordan, are attending a national support group called Parent for Peace https://www.parents4peace.org.  This group teaches how a network of parents affected by extremism united to establish a support system and helpline for guiding interventions. Our objective is to assist Chance in expanding his perspective and learning to aid himself and others by overcoming radicalized thinking and helping others overcome it.

Chance has expressed his desire to make the most of his incarceration by using this experience as an opportunity for personal growth and potentially assisting others. As parents, we hold high aspirations for our children, and we firmly believe that Chance will find a way to utilize this experience to impact others' lives positively.

Thank you for taking the time to read this letter.

*Plase help us help Chance.*

Sincerely,

Dr. DeAnna Jordan Crosby, Psy.D.

To Whom It May Concern,

I have had the pleasure of being Chance's stepfather for nineteen years. Being Chance's stepfather has always been something I have been very proud of. Chance is one of the intellectually smartest persons I know. But, to know Chance is to know that Chance has one of the biggest hearts around. If he sees someone who needs help or is in trouble, Chance is the first person to respond.

Chance, after high school graduation, could have gone to any college, but he chose to become a Marine. Right from the start, they saw Chance's potential and sent him to the language institution in Monterrey. There, he learned how to write and speak Farsi. Chance soon became a man who many people looked up to and admired.

Chance's future is inevitably bright and a positive addition to society. I ask you please to look ahead and see that Chance has the potential for a meaningful and productive life. While I understand the gravity of the situation, I kindly request that you consider the positive aspects of his character, his service to his country, and his potential for rehabilitation.

Thank you for your time and consideration.

Sincerely,

Bing Crosby

Honorable Cormac J Carney
C/O Kate Corrigan
Corrigan, Welbourn, &amp;amp; Stokke. APLC
4100 Newport Place, Suite 550
Newport Beach, CA. 92660
Tel. 949-251-0330
Fax. 949-251-1181
email. Kate@cwsdefense.com

RE: Chance Brannon

Your Honor,

I have already written a letter requesting leniency and probation for Chance Brannon. However, I thought it imperative to follow up. I received a letter from Chance while he is currently incarcerated. I am attaching a picture copy of the letter sent. I don't know how many inmates you have come across that write thank you notes. I would venture to guess it is not many. I think this speaks to his character and what kind of person he is. He is not a criminal.

It should be noted, that while I have been a friend of his mother for over 30 years, I have not seen or talked to Chance since he was an adolescent. As many adult friendships go, his mother and I went many years busy with our own families, we lived in different states, etc., so there were gaps in years where hadn't spoken.

As a veteran, and a family friend, of course I was willing to help Chance get connected to the V.A. It's a tough system to navigate. The fact that Chance wrote a thank you note to someone he hardly knows speaks volumes about his character. I hope you take this into consideration.

Respectfully,
Sharon Bell, MSW
U.S. Navy Veteran

Dear Sharon,

I greatly appreciate you helping my mom with my VA benefits claim. She told me your help has been invaluable. I also understand you have many responsibilities and are very busy. To take the time out to help, free of charge, is no less than a saint's work. I cannot express fully my gratitude with paper and pen. I do not know if my claim will be approved, but know that I will always be thankful for this.

Respectfully,
Chance Brannon

email. Kate@cwsdefense.com

On Sep 4, 2023, at 9:29 PM, Damien Giap <frdamien@stmichaelsabbey.com> wrote:

Dear Kate Corrigan,

My name is Fr Damien Giap, I'm a Catholic priest serving at St John the Baptist Church in Costa Mesa. I'm writing on behalf of Chance Brannon and to help in any way I can. I met Chance about 16 years ago in the fall of 2007 at St. Anne School in Laguna Niguel where he was attending grade school. I found him to be respectful of me as a priest and he always had insightful questions about the Christian faith. Chance is inquisitive in nature and used every moment as an opportunity for growth. We kept in touch through the years and especially in recent years when we was stationed at Camp Pendleton; he would make an effort to attend Sunday Mass at St. John the Baptist.

I'm writing to implore clemency on Chance's behalf; I believe he is sorry for everything that happened. His contrition is genuine and my hope is that the court would show mercy and bestow upon him a second chance.

--
In Christ, Fr. Damien

This email has been scanned for spam and viruses. Click here to report this email as spam.

I am the grandfather of Chance Brannon.

I was very proud when I had heard that he had joined the USMC right after graduating high school. We received reports from his family about his progress in language training in Texas while in USMC. When he went to Camp Pendleton I had dinner with him occasionally at Ruth's Chris Steakhouse in Irvine. He had always seemed very pleased with his work translating FARSi at camp Pendleton.

I was very shocked to hear about his arrest. He had never shown any indication of displeasure. He was looking forward to his discharge in July 2023 so he could start college.

I will admit that his arrest was for a very stupid act. I think a prison sentence would be something that could ~~ruin~~ ruin his future. I would prefer he were sentenced to complete a college career in three years by study and attendance at a 12 month study program. I would be willing to assist in monitoring his behavior if he attends a college in the Phoenix AZ area.

Alyn Brannon

Paula Leonard

8/24/2023

Re: Chance Brannon

Dear Honerable Judge,

I have known Chance Brannon for the past seve[n] years. I am a police officer and a close family friend who has spent a lot of time with him at his home and on family vacations. I was both troubled and suprised to hear about his recent charges as he has always been a solid person of good character and morals. I would like to bring to your attention the kind of person he is, despit[e] the very serious allegations/consequences he is facing.

Chance is intellectually gifted and could have pursue[d] a college education which would have positioned him for a highly lucrative career. He turned down all of his opportunities out of high school to serve his country by becoming a U.S. Marine. I have immense respect for him in making a choice he knew would lead him down a more difficult/challenging path.

I have experienced Chance as a kind, gentle, and caring young man who always showed respect for me as a woman and a law enforcement office[r] He shown compassion toward others demonstated by the years of volunteer work he completed at the Ark in Santa Ana and Friendship Center in Laguna Bea[ch] Delivering meals to the homeless.

-1-

CHANCE HAS HUGE SUPPORT SYSTEM IN PLACE — INCLUDING A FAMILY WHO HAS DEDICATED THEIR LIVES BY HELPING THE LESS FORTUNATE AND PEOPLE WHO HAVE ENDURED SIGNIFICANT TRAUMA. IT HAS BEEN SO DIFFICULT TO WATCH SUCH SELFLESS, WONDERFUL PEOPLE ENDURE THE PAIN/GRIEF OF THESE CIRCUMSTANCES.

I AM RESPECTFULLY PLEADING FOR LENIENCY IN SENTENCING OF CHANCE. I AM CONFIDENT HE WILL NEVER OFFEND AGAIN AND BELIEVE BECAUSE HE WAS RAISED BY PARENTS WHO INSTILLED "SERVICE TO OTHERS" VALUES, CHANCE WILL USE HIS EXPERIENCE BY HELPING OTHERS NOT MAKE THE SAME MISTAKES HE DID.

RESPECTFULLY,

Paula Leonard

PAULA LEONARD

August 16th, 2023

To Whom It May Concern:

I am Susie Hopson-Blum. Chance's parents have been my esteemed business partners and cherished family members since he was a young child of seven. I hold Chance in the regard of a nephew, having shared a deep and lasting bond with him over the years. The Crosby family, to which Chance belongs, embodies an exceptional example of familial unity and strength.

While I am without children of my own, Chance and his siblings have come to occupy a place in my heart akin to my own offspring. Their upbringing and values have been a testament to the Crosby family's exceptional qualities. Regrettably, Chance now finds himself facing criminal charges, an unforeseen development that has left many in disbelief.

I would like to underline Chance's character, one marked by a distinct politeness, unwavering respect, and a propensity for generosity. His selflessness is evident in his constant commitment to aiding others, both within our immediate circle and in service to our nation over the course of the past four years. For instance, Chance has been instrumental in supporting me with various daily tasks, which encompass accompanying individuals to religious services, attending medical appointments, and managing errands such as grocery shopping.

In light of these attributes, I firmly believe that a compassionate and lenient approach is essential when considering Chance's sentence. It is imperative to recognize that his upbringing and development were not solely his doing, but the result of the positive influences that surrounded him. Therefore, facilitating his reintegration into society by providing him with a nurturing environment outside the confines of correctional facilities is more likely to guide him towards a path of constructive transformation.

Sincerely,

Susie Hopson-Blum

August 23, 2023

To Whom it May Concern,

My name is Leslie Quiñones.  I understand that Chance Brannon has been charged with a serious crime.
I have known Chance since he was born, my cousin Deanna Crosby is his mother.  Chance had a lot of
difficulty growing up, as he was diagnosed with Autism Spectrum Disorder(ASD) early on.  ASD is a
perplexing disability, manifesting itself uniquely in each person.  Chance has always been extremely
intelligent, but also very delayed emotionally due to ASD.  Chance's parents, Deanna and Bing Crosby,
worked diligently to provide him with the best available support and resources growing up.  Even with
the best resources, the wisdom and understanding of the shortcomings of others has always illuded him.
Chance is trusting to a fault, and has had a hard time being accepted by his peers.  He has always been
easily taken advantage of by others.  Chance has never been in trouble legally in his life, and it is my
opinion that he made a terrible choice likely due to the influence of others.  Of course, this does not
excuse his behavior, however, I believe that in this particular case leniency would be appropriate in his
sentencing.  Thank you for your time and consideration.

Sincerely,

Leslie Quiñones

08/16/2023

To Whom It May Concern:

My name is Mary Crosby. Chance Brannon is my nephew by marriage. I have known Chance his entire life. I met his mother DeAnna when she was 7 months pregnant with him with her previous husband. She later married my brother Bing.

Chance became part of our family immediately.  Blended families can be an adjustment; however, Chance adapted well . Their family became stronger over the years through consistency and a lot of love.

Chance was a happy little boy. He was a very intelligent for his age. We had many family gatherings at their home.where he was always around listening and observing.

 As he got older he became an impressive young man. I was thrilled and proud that he joined the Marines. I felt his attention to detail and intellect would be a huge asset for him to succeed.  He seemed very comfortable with being on his own and matured quickly. He became very communicative and excited about what he was doing.

His love for his animals has always been touching to see as well. He has a big heart and cares deeply. His family is very important to him. He makes many efforts to be around and help in any way.

I think Chance is a good and caring young man that deserves leniency in his sentencing.


Sincerely,

Mary

**Letter regarding Chance Brannon**

My name is Micki Rach and I have known Chance since he was born. He has called me Granmicki most of that time although I am not his actual grandmother.  He is the son of one of my daughter's best friends and was a childhood friend of one of my grandsons.

I could not have been more shocked to hear of Chance's arrest.

I have always known him to be nothing but polite and respectful and very kind.  If I had been asked to describe Chance I would just have said – a very good human.

When I learned that he was going into the military instead of college I was a little surprised But...being 81 years old... I have always heard the men of my generation speaking of their military service with respect and actual appreciation. So I let go of my apprehension.

The first time I saw Chance after he joined the Marines I was actually shocked.  I knew the other boys his age who had gone to college and they were still boy students.  Chance had become a confident mature man...it seemed like overnight.  It truly made me so happy.

I only saw him a couple of times between then and now but I do have a story to tell of a time which I know very well, but I was not personally involved.

A young girl in their neighborhood was home alone and in a crisis.
She had called the police and Chance happened to be driving by when they arrived.  He stopped and helped the police with the situation and informed his parents and hers.  Everyone spoke of how mature and thoughtful he was.

We are all aware of the horrors of some of the social media today.  And, of course, part of the military training is violent.  I personally cannot help but believe that some combination of the two with some other negative influences created Chance's behavior.

Underneath the mess ----I still believe Chance is a very good human and very very worth leniency and rehabilitation.

Sincerely,

*Micki Rach*

Micki Rach

August 17, 2023

To whom it may concern:

I am writing this letter on behalf of Chance Brannon without hesitation. I have known chance and his family for over 10 years. Chance is one of the kindest most generous young men I have ever met. He comes from a very supportive family with high integrity. They like Chance, understand the gravity of the situation he has created.

 I was always so impressed that Chance was an active volunteer at a homeless center while he was in high school. While he could have been accepted into any major university he chose out of high school, Chance chose to join the Marines and help defend our great country. I honestly believe that this situation will serve as a wake-up call to Chance. Once this situation is resolved I see Chance returning to college, completing his education and being a contributing member of society.

I'm sure you will receive many letters on behalf of Chance. These letters are not contrived. Chance is really an exceptional young man who made a serious mistake. Please take into consideration all of Chance's accomplishments when determining a fair out come to this case. I believe some leniency is warranted here.

To Whom It May Concern:

This is a letter on behalf of Chance Brannon.

Chance is the son of my cousin, Deanna Crosby, and I have known him all his life. When my cousin told me about the charges against Chance, I was shocked and concerned. The charges against Chance are so out of character from the fine young man that I know and respect. I have been a teacher for twenty-eight years and I am very perceptive in reading kids and picking up on character flaws. Chance has always shown maturity, wisdom, thoughtfulness and grace in his decisions. When he decided to join the United States Marine Corp straight out of high school, I was apprehensive and had my doubts but Chance proved me wrong. He worked hard, gained promotions and has served his country in an honorable way. I have three sons all younger than Chance. They all have a great relationship with Chance. From the family get-togethers to his high school graduation to written letter communications while in basic training, Chance has always been patient and loving to my whole family. My boys look up to Chance as a cousin, friend, confidant, and Marine.

What I always tell my sons is, we all make mistakes but what makes us a man is the lesson we learn and the direction we take after that mistake. I hope the court can find a way to show leniency in this case. I know if the roles were reversed that Chance would show tolerance and compassion because those are some of the many great traits that Chance possesses.

Michael Jordan II

**Kate Corrigan**

| | |
|---|---|
| **From:** | Maryjean Turner |
| **Sent:** | Thursday, August 24, 2023 7:03 PM |
| **To:** | Kate Corrigan |
| **Subject:** | Chance Brannon Character Letter |

# To whom this may concern:

My name is Maryjean Turner and I am Chance's aunt on his mother's side. I consider myself to be quite close to Chance and his family and when he was charged with this crime, I was shocked. It was something completely out of character from the loving, caring, intelligent person I know him to be. I was present at his birth and lived with and cared for him as a child. I have watched him grow through challenges and achieve so much. From being a long time Boy Scout to being at the top of his peer group, to becoming a United States Marine in a high level position, he has continued to impress us with his work ethic and intelligence. Even though his family has the means to send him to any college, he chose to join the Marines so that he could pay his own way using the GI Bill. That is the kind of person he is, he is always considering others and trying to be a help rather than a burden to others. He has also continually volunteered to help animals and has helped take care of my own children many times. Through it all, he has displayed a gentle, inquisitive and good humored nature. I have known Chance all his life and know that if he were granted leniency in this circumstance he would not waste his opportunity to continue to do good in the world. Thank you for your time and I appreciate you considering this when making your decision.

Maryjean Turner

This email has been scanned for spam and viruses. Click here to report this email as spam.

**From:** Sean Martin <                        >
**Date:** August 7, 2023 at 7:23:16 PM GMT+2
**To:** Kate Corrig...
**Subject: Chance Brannon**

To Whom it may Concern,
My name is Sean Martin and I am aware of the charges brought against Chance Brannon. I have been friends with Chance's mother for 35 years and have known Chance since he was born. As a boy Chance was a very sweet and kind boy especially towards other children and his younger brother. He grew into a very impressive, smart and kind hearted young man and young adult.

He showed his true character by dedicating his life in the service of his country as a United States Marine. He served with absolute commitment and honor.

His lifetime of helping others and kindnesses exhibited deserves the most lenient sentence. This is the true nature of the boy and young man I have known all is his life. I believe in my heart given the chance that he will conduct himself with integrity and service for the rest of his life.
Sean Martin


Sent from my iPhone

Honorable Cormac J Carney
C/O Kate Corrigan
Corrigan, Welbourn, &amp; Stokke. APLC
4100 Newport Place, Suite 550
Newport Beach, CA. 92660
                )

Re: Chance Brannon

Your Honor,

   I am writing to request leniency in the case of Chance Brannon.  I am
aware he has been charged with a federal offense, and I am aware of the
specific charges against him.  I know this information because I have been
close friends with Chance's mother for over thirty years.
You could say I have known Chance since before he was born. His mother
was so excited to find out she was pregnant with her firstborn.  That
excitement never waned. She put everything into raising her son to become
a productive member of society. He was in boy scouts, extracurricular
activities, and all things needed to keep a young boy active and out of
trouble. And it worked.
Everyone could tell Chance was special. Highly intelligent. I know a lot of
moms say that, but in Chance's case his IQ was far beyond his years.
Unfortunately, this also meant Chance lacked social skills appropriate for his
age. As a child he was extremely shy and withdrawn. As a young adult,
while many teenagers were getting into trouble, Chance preferred to stay
close to home. He never drank or got into typical teenage trouble. He got
great grades in school with zero studying, yet still lacked in some areas of
social skills.
When I found out Chance was joining the Marines, I was very proud of him.
I was also a little hesitant. Had someone asked me my opinion I would have
steered him to a less 'rugged' branch of service. But Chance wanted to be a
Marine for as long as I can remember, so it would have been futile anyway.
As a U.S. Navy veteran myself, I know what the military can bring. Chance
would be leaving his very sheltered life and thrown into a melting pot of
others serving in the military. This could either go very well, or very badly
for him. Knowing Chance had a vulnerable side, as shown in research,
*Persistent deficits in social interactions and social communication have
been identified as core deficits of ASD (Perry et al. 2009; Kenworthy et al.*

*2014; Liss et al. 2001; A.P.A. 2013,* and other peer-reviewed articles, Chance would be vulnerable to outside influences. I was nervous for him. As it turned out, Chance flourished in the military, even receiving an Individual Letter of Commendation, Letter of Appreciation, and Marine Corps Good Conduct Medal. He had a job that intellectually many could not do, much less anyone in his age bracket.

Given his explementary track record, I am asking the courts for leniency. Specifically, time served. I know this is a big ask. However, this is a person who has never been in trouble with the law. He has served his country Honorably for five years, from September 2018 to September 2023. This is a one slip, and in my opinion, he has served his time and learned his lesson. I believe this is an appropriate sentence because for someone like Chance, who has never been in trouble, or even pulled over by police, the harsh reality and scariness of being in jail for this length of time is punishment enough.

Lastly your Honor, and most importantly. Chance comes from a family that has literally dedicated their entire lives to serving their community. Mom has personally changed hundreds, if not thousands of lives, by providing mentoring, treatment, and therapy to others suffering from substance abuse disorders, alcohol abuse, and emotional challenges. She has led by example, and she most certainly did not drop the ball when it came to raising her son. This was a mistake Chance made, who was most likely influenced by peers, and who now understands the seriousness of his offense and has definitely learned his lesson. I ask again for leniency and time served.

Respectfully,
Sharon B., MSW
US Navy Veteran

Oswald TM, Winder-Patel B, Ruder S, Xing G, Stahmer A, Solomon M. A Pilot Randomized Controlled Trial of the ACCESS Program: A Group Intervention to Improve Social, Adaptive Functioning, Stress Coping, and Self-Determination Outcomes in Young Adults with Autism Spectrum Disorder. J Autism Dev Disord. 2018;48(5):1742-1760. doi:10.1007/s10803-017-3421-9

January 2024

To Whom it may concern:

My name is Tish Witkin and I am a family friend of Chance Brannon, who recently pled guilty to the 2022 firebombing of a California planned parenthood.

I have know Chances family, the Crosbys, for the last 20 years and became acquainted with Chance 4 years ago.

Being very close to his mother Deanna, I've been privy to his growing up and strength of character, like when he felt it in his heart to enlist to support his country. I know he has always been a bright, dedicated student who was always concerned with doing right by others…family, friends and strangers included.

His family has always been close and so supportive of each other, as evidenced by his large family tree of aunts, uncles, siblings, parents and grandparents always gathering and celebrating each other in whatever is going on in their lives.

By pleading guilty to his charges, it clearly demonstrates Chance is also willing to take responsibility for his actions and I know he is so sorry for the pain and suffering he has caused his family, friends and those involved. He is so young and has his whole life a head of him and wants to move forward by becoming accountable and repentant.

Being that Chance has already spent almost a year incarcerated and paying for his crime, I am pleading with the court that they grant him leniency in his sentencing. I know moving forward, Chance can be a part of our society that benefits those around him as well as be an inspiration to those who have also felt remorse for past misdeeds and want to atone for their mistakes.

Thank you for your consideration,

Tish Witkin

The Honorable Judge,

   I am writing you this letter to ask for leniency in the sentencing of my friend Chance Brannon. Chance and I have known each other since before he was born. His mother had a difficult pregnancy and was on bed rest for months. His mother and I would lie in bed and talk for hours. So, for over thirty years I have known this family and Chance personally. For example, I taught Chance how to ride his bicycle. This is a particular found memory. Chance was so awkward but so determined to ride his bicycle. I can still see how frighten he was, but his determination was unmistakable. He tried and tried. To be honest I don't even remember the outcome. I remember the courage of a young man giving his all. This is my friend Chance; he is awkward, gentle and a man who never gives up.

   I am a former Correctional Officer with the State of California. I have witnessed the worst of the worst. This is not Chance Brannon. Chance is a man that has made a horrible mistake in his young life. Chance can rebound from his mistake if given the opportunity. I ask of you to give him this opportunity to make amends for his mistake. Having known this family over the past thirty years, Chance's family and close friends will be determined to help him through anything and everything.

Best regards,

Suzanne Cross

## Kate Corrigan

| | |
|---|---|
| **From:** | Rosalind Gillis ~~[redacted]~~ |
| **Sent:** | Wednesday, March 27, 2024 8:09 AM |
| **To:** | Kate Corrigan |
| **Subject:** | Letter of leniency request |

My name is Rosalind Posada Gillis. I am 49 years old, married, and a mother of two teenage daughters and work as a Court certified ASL interpreter for Pinellas county. I understand and am aware of the charges brought forth against Chance Michael Brannon.

I have known Chance (Chancy) since he was born. I am one of his mother's dearest friends and this has allowed me opportunities to get to know and interact with Chance throughout his childhood, adolescent and adult years.
For the years I've known chance he has always demonstrated kindness, maturity, great character, especially toward my little girls when they were born.

I remember on more than one occasion how chance interacted with both my daughters, showing warmth, kindness, and presented such an inquisitive nature about who they were. Whenever I checked on my Girls, I found Chance acting like a big brother with always a sweet smile in his eyes towards them. He also  was fascinated and curious about Sign language which is my primary language and his interest and thoughtful questions showed me that he not only cared about our backgrounds but that he was so smart to pick up on so many connections with sign language and verbal speak.  As a boy, he was incredibly sensitive and special.

As an adolescent, I remember always being impressed by Chances approach to the world around him. Besides being incredibly smart, I also felt he had a very high EQ because he expressed concern and care about causes that held dear to him as I did. At that time (around 16) we would sit around and talk about current issues, life and other related matters so when this awful incident happened with Chance , I was shocked and surprised that he could be capable  of such actions because I know his heart to have always been in the right place. Ethics and morality have always seemed very important to him and I can only imagine that perhaps he was brainwashed in such a way that steered him so far off his original and true course of being a decent lovely human being. I know that he has accepted responsibility for his actions.

I ask that you take all this into consideration when sentencing him because I know he has and will learn from this. He has such great support and a fantastic foundation of love from his family that I truly believe if given the chance , he will make lifelong living amends.

Sincerely
Rosalind Gillis
---
Rosalind P Gillis

----------

This email has been scanned for spam and viruses. Visit the following link to report this email as spam:
https://godaddy.cloud-protect.net/app/report_spam.php?mod_id⬚&mod_option=gitem&report=type
syspam&k=&payloadS616c7465645f5f24cdf598bec50e9a98da4ef604924ca7f81bb28b793196b5ea16edfe8e0bc80a0ed2
361d0758eab5c60077f6b5e206b6d400f2e0a22d275eb7c46d04773cf9d5599a6416a7976a8d9f97d6e8af22c1290b6692f
927f4abb776d0c451b308456ab47bbcd80745649c456c91e6f656a027eff91440196eb2ceebe660dd2a145d7373add507e5
981d60e9dc17ced8b1ac9b2d5caf32862164ab

To whom it may concern,

My name is Brittney,I am a friend of the Crosby family and I have known Chance Michael Brannon for 15 years. I am aware that Chance has been charged with a crime and I wanted to write a letter on his behalf.

Over the past 15 years, I have known Chance to be one of the sweetest, most helpful and kind men I have met. In all honesty, I always thought that if I were to have a son, I would want him to grow up to be like him. When people would ask what Deanna's kids were like, I would describe Chance as a very caring, intelligent and fun kid (back when we first met).

It is incredibly unfortunate that Chance has been involved in a crime. I hope that his true character is shown, leniency is shown and he is able to be supported to make whatever changes needed.

Thank you,

Brittney Carbone

To Whom It May Concern:

My name is Karen Smith, and I am a friend of the Crosby-Brannon family. I am aware of Chance being charged with a crime. I have known Chance for nearly 10 years, and I used to help the family by taking Chance to and from school for a few years. Chance's character, from my experience, is well-mannered, appropriate, kind, disciplined, and responsible. He always wanted to make sure he was on time to school. Chance showed me patience and understanding, when I was arriving late to pick him up. Chance's sweet demeanor is recognized and appreciated by many of the family's friends. When Chance decided to enter into the military, it surprised me because I did not think he would be interested in the fierceness aspect, I would assume is required for something like that, since he has never shown that in his character. However, I was also not surprised considering his level of maturity, discipline, and responsibility I have always witnessed in his character. Chance is someone I would entrust with my family and in my home, no questions asked. This is why I believe leniency is appropriate for Chance's charge.

Sincerely,
Karen Smith

Letter for Leniency for Chance Brannon                                    2 Feb 2024

I am Chance Brannon's uncle and have seen him grow up throughout the years.

Chance was always considerate to others.  His cousins and I enjoyed interacting with him at many family gatherings.  I remember seeing him joyfully playing with his younger half-brother and spending time with his sisters of his loving, blended family.  He honored his parents and was very respectful of his mother. He enjoyed the company of his older sisters and was encouraged to go to college as they did.

Chance was kind to everyone and always polite and courteous to his elders.  He conversed and admired his cousins who had volunteered for the military.  As many Brannons had done previously, Chance made the decision to serve his country; and became a Marine linguist.  Grandparents, uncles, aunts, cousins, as well as his immediate family; were all proud of him: seeing him graduate from Marine initial training.

In the short time that Chance has remained jailed, he has learned from this mistake and been aware of the suffering that it has caused to all of those around him.  He understands the consequences of his behavior and realizes that incarceration is not the location he wants to return to.  Therefore, any further prison rehabilitation will be unnecessary.

Despite his present predicament he still looks forward to his future and grow to become a better person from this.  He anticipates the opportunity to enroll in college and further his education at his step dad's alma mater.  I fully expect to see Chance return to being a responsible and productive member of society.

I know Chance will take any leniency given and prove that he was worth it.

Barry Brannon

To whom it may concern:

I am writing this letter on behalf of my nephew, Chance Brannon. I would like to tell you about the Chance I know and obviously love. Noone should have a favorite nephew; however, I do. He was an honest child who always spoke his truth. He saw the world through a different lens, reading everything he could get his hand on or see outside a car window. He was also energetic and focused as a child. He is still highly focused, kind, hard-working and respectful. One of my sons served in Afghanistan, he was Chance's 'hero' in the family. Chance wanted to be just like him, serve his country and solve all the world's problems. They talked 'boy' stuff, both never spoke negatively of anyone or anything. Chance had every opportunity to do whatever he wanted in life and yet he chose to enlist in the military. We are so proud of him for that. He loves his family, he loves his mother, his grandmother with all his heart. His love for his family is strong and we all love him nearly. Chance is brave and he sees a future for himself that is positive, his outlook on life is one that includes family, travel, and college. He is a son that every mom would be proud to call their own.

Sincerely, Cindy Brannon

Alexandria Bekele | ACSW, CATC IV,

Psychotherapist | Paralegal

January 1, 2024

Honorable Judge Cormac J. Carney

US District Court, Central District of California

Re: CHANCE M. BRANNON | LETTER OF CHARACTER AND REQUEST FOR LENIENCY

Case No. 8:23-mj-00304-Duty

Dear Honorable Judge Cormac J. Carney:

First, I want to thank you in advance for reading my letter of character on behalf of Chance M. Brannon and your consideration of the request below for leniency during sentencing in the above referenced case.

Before outlining my glowing experiences and knowledge of Chance Brannon's character, I would like to acknowledge that I understand the seriousness of the charges brought against him and write this letter to express to the court another side of this young man that may not be easily evident or overshadowed by this unfortunate event in his young life.

I have had the pleasure of personally knowing Chance for over eight (8) years and the great pleasure of knowing his family for much longer. I remember him as a teenager, and I have watched him grow into a young man with impeccable moral character, decency, and kindness.  I can remember the first time he visited our home; both my husband and I were so taken by his presence, because he exuded manners (i.e., standing up when my husband entered the room and firmly shaking his hand), respect, and the ability to hold an in-depth conversation.

I can't tell you that I remember the conversation or what Chance said on that initial meeting, when he was a teenager stopping by our home to visit our daughter, but I remember the way this young man made me feel…I remember he was polite, kind, extremely bright, and I remember saying, "This is the kind of young man I want my daughter to marry". Well, my childish dream did not come true - they did not marry, but our family remained friends over the years, and we watched Chance grow into an exceptional young man.

I remember Chance having the opportunity to attend some of the most prestigious schools based upon his academic skill, which is an understatement because Chance is exceptionally bright and from my knowledge a certified genius according to Mensa (i.e., Mensa, a global organization for people with high IQs, by taking a supervised, standardized test or submitting prior scores).

His intelligence and academic success is important to note, because in lieu of attending a prominent school, where he surely would have been given a full-ride,  Chance made a decision to join the Marine Corps. When I asked him *why he would delay his education to selflessly join the Marines*, because he would for sure get a full ride to any school he chose, he replied, "*I believe in service to others*".

Those words not only exemplify the generosity of Chance's inherent spirit, but also that of his family – service to others.

As a psychotherapist, I understand that a person's pre-frontal cortex (i.e., the decision-making center of the brain that orchestrates thoughts and actions) is not fully developed until age twenty-five (25). With that in mind, I am very glad that my life and my actions at twenty-three (23),  did not result in the severity of the situation facing Chance, but I do know that I have many regrets for things I have done when very young and impulsive. Life gave me great leniency, and I was afforded the opportunity to grow, learn from my mistakes and *be of service to others*.

Your Honor, with a restorative and compassionate approach to justice in mind, I make this plea for leniency on behalf of Chance M. Brannon; so that he too can one day learn from his mistakes and do what he once told me, "*Be of service to others*".

With Sincerity,

Ms. Alexandria Bekele, ACSW, CATC IV
Psychotherapist | Paralegal

**Kate Corrigan**

| | |
|---|---|
| **From:** | Aline Ohanesian <_  _____> |
| **Sent:** | Monday, January 8, 2024 11:40 AM |
| **To:** | Kate Corrigan |
| **Subject:** | Character letter |

To the honorable Judge Carney,
My name is Aline Ohanesian and I'm writing to you on behalf of Chance Brannon. I've been a neighbor and friend to the family for 17 years. I met Chance when he was only a young boy and had the privilege of watching him develop into a kind and compassionate young man. We are all so proud of how he has used his intellect to serve his country in the military. He has always been an outstanding member of our community, helping neighbors, animals and family members where he can.
 I understand that he's been charged with a crime. And I myself am a big supporter of Planned Parenthood, but I respectfully ask the court to consider leniency in this case.
Respectfully,
Aline Ohanesian

Sent from my iPhone

----------

This email has been scanned for spam and viruses. Visit the following link to report this email as spam:
https://godaddy.cloud-
protect.net/app/report_spam.php?mod_id&mod_option=gitem&report=type?syspam&k=&payloadS616c7465645f5f2
6fc7d6b2ecdeffc1f1836aae6ebe52704911e7fceeb732914128dfa4a0e3de3d42130ba2d22c104a2c1928c519710f97434b6
1289abb3dd153770cf0e6576036b224d0f245f412925881757ce250e98e9eb077e0bf966d055162454445e89684caae395a
1059c73361173fe9dc09fbff2c22663ec5cbcbbe4bd1ca932c085917281786cda8bdd359d58fe5f1d1be38de0745f053791da
e0

**From:** Brent Jordan <brentjordan@comcast>
**Date:** January 4, 2024 at 10:58:21 AM EST
**To:** Kate Corrigan <kate@cwsdefense.com>
**Subject: Chance Brannon letter**

The honorable Judge Cormac J. Carney,

I know your time is valuable so I will be brief as possible.

My name is Brent Jordan. I am an author and screenwriter writing you on on behalf of Chance Brandon who will be appearing in your court for trial and sentencing of a crime he has committed.

I first met Chance when he was nine years old when his mother brought him to my book signing. I had known his mother for years, but this was the first opportunity I had go meet Chance.

Chance immediately struck me as an extremely intelligent, thoughtful and curious individual, mature beyond his years. I know you have spoken with Chance and I imagine you have come away with the same impression I have: Chance is an exceptional person.

I also realize he has committed a terrible act, an act which is very much against my own personal principals and beliefs. However, I can not bring myself to define Chance by this isolated act. I define Chance through those who know him best: his mother, family, friends, peers and community. These are people who love and trust Chance, and I am proud to be counted among them.

I pray that if you can find it in your heart and in your conscience to grant Chance leniency, you will do so.

Your job is unimaginably difficult. So much rides on your decisions: a man's future; the future of those who love him. I do not envy you that.

I thank you for your service to the community and country and pray this letter finds you well.

With respect,

Brent Jordan

This email has been scanned for spam and viruses. Click here to report this email as spam.

Rec'd 2/2/24

Honorable Judge,

My name is Felicia Jordan, I first met chance in 2009 when we moved back to California from living out of state. He is my second cousin. Upon being made aware of the charges that Chance was facing and has now plead guilty too, I was confused, angry and in denial. I am compelled to share that I would categorically fit into one of the targeted groups involved in this case. I have never felt discriminated, unheard, contradicted or treated in any way other than with respect and kindness by Chance. I don't believe the hate he was supporting are in fact the true meditations in his heart. Chance would benefit greatly from any opportunity for a lessened sentence and an opportunity to rehabilitate outside of an institutionalized setting as he works to process the damage that was done and that may have happened should he have not been detained.

With deepest sincerity,

Felicia Jordan

To whom it may concern:

My name is Bobby Bunch. I am a school teacher in Coeur d' Alene, Idaho. I am aware of the situation and the charges Chance has pending against him.

I've know Chance for around 17 years. I grew up with his step-dad so I have been around Chance since he was quite young. I got to spend time each year in California and in Idaho as our families vacationed.

I have always enjoyed being around Chance. He was always goal oriented and very interested in getting to go into the woods when he came up. The first question was always about going out into the woods explore. He was always extremely book smart beyond his years and the military seemed like the perfect way to showcase his skills. Chance has always been a polite kid and I feel his actions were not in line with the Chance I watched grow up. I know he is very remorseful for his actions and is hopeful to come back strong and as a model citizen in whatever capacity that may be.

Sincerely,

Bobby Bunch

SEPTEMBER 9, 2023

Your Honor,

I am writing on behalf of Chance, a young man I've had the privilege to know for 15 years. He is the son of the Crosby's, dear and close friends of mine. Over the years, my bond with Chance has grown to the extent that I regard him as a nephew.

In all the years I have known Chance, he has consistently exhibited qualities that are commendable. He possesses an innate kindness that he bestows upon everyone he encounters. I've been a witness to his generous spirit, from simple acts of kindness to significant gestures of selflessness. One of the most notable qualities about Chance is his respect for others. Irrespective of age, status, or background, Chance treats everyone with genuine respect and humility.

To hear of his legal troubles came as a shock to me and all who know him well, for Chance has always been a model citizen. I believe that everyone is entitled to a misstep, especially when they have demonstrated a consistent history of good character. It is crucial to consider the broader picture of who Chance is and not judge him solely based on this singular incident.

I earnestly request that leniency be granted in Chance's case, keeping in mind that this is his first brush with the law. He has, up until now, led an exemplary life, and I am confident that he will learn and grow from this experience.

Thank you for considering my perspective and for understanding the depth of Chance's character. I trust that with guidance and reflection, he will continue to be the outstanding individual we have always known him to be.

Warm regards,

Glenda Slosser

29 December 2023
Lynette Garet

Dear Judge Carney,

I am writing to you as a character reference for Chance Brannon, whom I have known since his birth and who has spent much of his childhood and adolescence in my home. Chance is a remarkable young man who, despite facing some challenges due to his autism spectrum diagnosis, has consistently displayed kindness, intelligence, and a strong desire to serve others and his country.

Throughout Chance's formative years, he affectionately referred to me as "Aunt Lynette." Our shared love for literature notably strengthened our bond. Chance is an avid reader, and we often enjoyed discussing and exploring similar literary genres. Despite not having seen Chance since he was approximately 15 years old, we have maintained our connection through correspondence, which has allowed me to witness his growth and maturity from a distance.

One of Chance's most defining qualities is his unwavering commitment to serving others and his deep sense of empathy. He expressed a strong desire to enter military service to contribute to the betterment of his country. His dedication to this cause demonstrates his admirable sense of duty and selflessness.

I am also aware of Chance's understanding and forgiveness toward his father, who, regrettably, essentially abandoned him when he was just a boy. Chance's ability to empathize with his father's circumstances and forgive him for his actions speaks to his exceptional emotional intelligence and maturity. In a letter, he once acknowledged that the abandonment may have impacted his emotional development, but he had chosen to forgive his dad, showing his capacity for compassion and understanding. He said, "I used to blame him for everything, but I think he was just terrified… realizing this after almost 20 years of being alive has allowed me to forgive him in my mind."

Chance has consistently demonstrated wisdom beyond his years. How he could find himself in his current situation is truly perplexing. From my perspective, the Chance I know is a person of character and integrity who would not willingly engage in any actions that would harm others or the community.

Please consider Chance's character, commitment to service, empathy, and unique challenges when deliberating his case. I believe that Chance has the potential to continue contributing positively to society, and I hope that you will take this into account during the legal proceedings.

Thank you for your time and consideration.

Sincerely,

Lynette Garet

To Whom it may Concern,

On behalf of Chance Brandon

I have been witness to Chance
Brandon, his mother & his extended
family for Over 30 years

As one of his "surrogate" Grandma's
I've proudly watched him thrive
amongst his extended family. His
love for his Grandfather who
modeled + instilled in him Compassion
generousity, and loving Kindness.

Chances devotion to his Mom, his
Aunts + Uncles, and his siblings
speak to his Character.

The charges against him are
inexplicable. They don't line up at
all with the man I know.

His service to all of us as
U.S. Marine. His Devout
Catholicism / faith and his Compassion
are always evident

I hope the Court Can show
leniency in this young men's Case,
all things considered
                    Respectfully        Christine
                                         Parke