DECLARATION OF JENNIFER HIRSCH

I, Jennifer Hirsch, declare as follows:

1.  I am a Special Agent ("SA") with the Federal Bureau of Investigation.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.  I have reviewed several digital devices belonging to defendant Chance Brannon ("defendant").  Based on my review of defendant's communications, I am aware that defendant frequently used the expression "88," which I know from my training and experience to be a coded term for "Heil Hitler" based on H being the eighth letter of the alphabet.  Defendant also used the expression "1488," which I know from my training and experience to be a reference to the "14 words," a white supremacist slogan, combined with the coded term for "Heil Hitler."

3.  I have also reviewed several digital devices belonging to defendant's codefendant, Tibet Ergul ("Ergul").  Attached as **Exhibit A** is a true and correct copy of an image retrieved from one of Ergul's devices, with redactions applied to the faces of third parties.

4.  I have reviewed photographs taken during a court-authorized search of defendant's home, which occurred simultaneously with his arrest in this case.  Those photographs reflect various materials found in defendant's room.  Attached as **Exhibit B** are true and correct copies of photographs of some of the materials found in defendant's room.

5.   Attached as **Exhibit C** is a true and correct copy of excerpts of a conversation I retrieved from defendant's phone, with redactions applied to protect personally identifying information.

6.   Attached as **Exhibit D** is a true and correct copy of excerpts of a conversation I retrieved from defendant's phone, with redactions applied to protect personally identifying information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 2, 2024.

/s/
_____
FBI SPECIAL AGENT JENNIFER HIRSCH