

Al Shabaab Inc.
[redacted] Muttish Scripts
& Cave drawings
Porn
Ooga booga..
Hell naw...
Jesus has blessed us...
Bad goy, drop that noose and watch your daughter.!!
Watch me take this BBC
You will go out the same way the Führer did...
Walther PPK (into the right temple)
Paper!

WRITTEN AND
COMPILED BY
THE SS CLUB

AND THE
UNTOLD STORY

THE COMPLETE
ARMANEN



Million Dollar Extreme

# HOW TO Bomb the U.S. GOV'T

## ...and Yourself!

**While Protecting Yourself From:**

- ♦ The Military-Industrial Complex
- ♦ Third World Sewer Cultures
- ♦ Unarmed Bl_ck Men
- ♦ Ziolez™ Mind-Control
- ♦ Overweight Women
- ♦ Child Molesters
- ♦ E.L.F. Weapons...

The OFFICIAL Prince™ Strategy Guide to the Collapse of Western Civilization: Your Digitally-Enhanced Road Map to Being Cool, Now, Today

# KEVIN MACDONALD

*An Evolutionary Analysis of Jewish Involvement in Twentieth-Century Intellectual and Political Movements*

# THE CULTURE OF CRITIQUE

Arthur Kemp

The Complete History
of the White Race

MARCH OF THE TITANS