

From: [redacted] Xavier J Batten
To: [redacted] Chance Brannon (owner)

He sees its remotely linked to self help and immediately associates it with grifters for no reason

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Chance Brannon | | 1/9/2023 4:27:03 PM(UTC-8) | |

Status: Read

1/9/2023 4:23:02 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1940D7C (Table: message, handle; Size: 52322304 bytes)



From: [redacted] Chance Brannon (owner)
To: [redacted] Xavier J Batten

Mark 2:14: And so it came to pass that Jesus said, subscribe to @muscle.christianity and ChristPod to learn how to become an alpha beast

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Xavier J Batten | | | |

Status: Sent

1/9/2023 4:28:03 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1940AFB (Table: message, handle; Size: 52322304 bytes)



From: [redacted] Chance Brannon (owner)
To: [redacted] Xavier J Batten

How far are you from hollywood florida

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Xavier J Batten | | | |

Status: Sent

1/31/2023 5:22:28 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B1535D (Table: message, handle; Size: 52322304 bytes)



From: Xavier J Batten
To: Chance Brannon (owner)
4 hours and 30 minutes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 1/31/2023 5:23:32 PM(UTC-8) | |

Status: Read

1/31/2023 5:23:29 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16FC1 (Table: message, handle; Size: 52322304 bytes)



From: Chance Brannon (owner)
To: Xavier J Batten

I need you to drive there and lynch a nigger and his two children named ▇▇▇

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

1/31/2023 5:23:56 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16DCA (Table: message, handle; Size: 52322304 bytes)

From: Chance Brannon (owner)
To: Xavier J Batten

1 child

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

1/31/2023 5:25:48 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1B16B54 (Table: message, handle; Size: 52322304 bytes)







From: Xavier J Batten
To: Chance Brannon (owner)

**There's so many Hispanics**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/12/2023 6:25:41 PM(UTC-7) | |

Status: Read

3/12/2023 6:25:41 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E364A7 (Table: message, handle; Size: 52322304 bytes)

From: Chance Brannon (owner)
To: Xavier J Batten

He tried to go to the only evening mass open today but it was some tiny college center and there was only a woman and a black dude inside. I told him it's not the church's fault america is multiracial. And that sharing the faith with nons is a heavy cross to beat

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

3/12/2023 6:26:06 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E37FC8 (Table: message, handle; Size: 52322304 bytes)

From: Chance Brannon (owner)
To: Xavier J Batten

**Bear***

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

3/12/2023 6:26:08 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E379FA (Table: message, handle; Size: 52322304 bytes)



From: [redacted] Chance Brannon (owner)
To: [redacted] Xavier J Batten

And if it's that important he should move to an all white state like idaho

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Xavier J Batten | | | |

Status: Sent

3/12/2023 6:26:40 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E37827 (Table: message, handle; Size: 52322304 bytes)



From: [redacted] Xavier J Batten
To: [redacted] Chance Brannon (owner)

The church attendance will always reflect demographics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Chance Brannon | | 3/12/2023 6:29:30 PM(UTC-7) | |

Status: Read

3/12/2023 6:26:54 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E375C2 (Table: message, handle; Size: 52322304 bytes)

From: [redacted] Chance Brannon (owner)
To: [redacted] Xavier J Batten

Is it a sin to steal what has already been stolen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Xavier J Batten | | | |

Status: Sent

3/22/2023 9:52:21 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F24DD0 (Table: message, handle; Size: 52322304 bytes)



From: Chance Brannon (owner)
To: Xavier J Batten

I.e. to steal from criminals

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

3/22/2023 9:52:28 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F24BA5 (Table: message, handle; Size: 52322304 bytes)



From: Chance Brannon (owner)
To: Xavier J Batten

I had a dream the Pope died

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Xavier J Batten | | | |

Status: Sent

3/22/2023 9:52:47 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F24765 (Table: message, handle; Size: 52322304 bytes)



From: Xavier J Batten
To: Chance Brannon (owner)

If it doesn't belong to you it and you keep it yesh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/23/2023 5:51:52 AM(UTC-7) | |

Status: Read

3/23/2023 5:51:06 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F30D8C (Table: message, handle; Size: 52322304 bytes)





