

# Extraction Report - Apple iPhone



## Participants



Chance Brannon* (owner)

## Conversation - Instant Messages (927)

From: Chance Brannon (owner)
To:

This nigga who used to be in my platoon was talking to me about the black sun lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/1/2023 8:58:00 PM(UTC-8) | |

**Status:** Read

3/1/2023 5:38:19 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D16F83 (Table: message, handle; Size: 52322304 bytes)

From: Chance Brannon (owner)
To:

Just watched the body of lies scene where they throw the nigger out of the airplane and laughed my ass of

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 3/3/2023 3:45:53 PM(UTC-8) | | |

**Status:** Sent

3/3/2023 3:45:52 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D30F8D (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮▮▮

**Off**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | 3/3/2023 3:45:54 PM(UTC-8) | | |

**Status:** Sent

3/3/2023 3:45:54 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D30CB1 (Table: message, handle; Size: 52322304 bytes)

From: ▮▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮▮

**best scene in the entire movie**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Chance Brannon | | 3/3/2023 3:46:09 PM(UTC-8) | |

**Status:** Read

3/3/2023 3:46:07 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D30A98 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮▮

**The sad piano music as she tumbles out of the door killed me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 3/3/2023 3:46:26 PM(UTC-8) | | |

**Status:** Sent

3/3/2023 3:46:26 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D30882 (Table: message, handle; Size: 52322304 bytes)



From: 
To:      Chance Brannon (owner)

I actually felt bad for the kid until i realized he was fucking a nigger and not a french girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/3/2023 3:46:37 PM(UTC-8) | |

Status: Read

3/3/2023 3:46:34 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D305F6 (Table: message, handle; Size: 52322304 bytes)



From: 
To:      Chance Brannon (owner)

1 mystery meat nigger crossbreed elimated, 100 million to go...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/3/2023 3:47:04 PM(UTC-8) | |

Status: Read

3/3/2023 3:46:59 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D30355 (Table: message, handle; Size: 52322304 bytes)



From:      Chance Brannon (owner)
To: 

Come to idaho when you get out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 3/9/2023 9:10:01 PM(UTC-8) | | |

Status: Sent

3/9/2023 9:10:01 PM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1D81F8D (Table: message, handle; Size: 52322304 bytes)

From: ▮
To: ▮          Chance Brannon (owner)

he was insecure and frankly I think he saw himself in competition with me and needed to separate himself from me specifically

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮ Chance Brannon | | | 3/12/2023 1:43:23 AM(UTC-8) | |

Status: Read

3/12/2023 1:43:21 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E084E2 (Table: message, handle; Size: 52322304 bytes)



From: ▮
To: ▮          Chance Brannon (owner)

so while I drifted more towards racism he saw the exact opposite of everything I did as the way to go

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▮ Chance Brannon | | | 3/12/2023 1:43:54 AM(UTC-8) | |

Status: Read

3/12/2023 1:43:53 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E09F83 (Table: message, handle; Size: 52322304 bytes)



From: ▮          Chance Brannon (owner)
To: ▮

To be fair ▮ is still racist he just autist-spiraled into counter signaling hitler

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 3/12/2023 1:43:57 AM(UTC-8) | | |

Status: Sent

3/12/2023 1:43:57 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E09CDE (Table: message, handle; Size: 52322304 bytes)



From: ▇▇▇ ▇ Chance Brannon (owner)
To: ▇▇▇▇▇

You don't have to like every single decision Hitler made to see he was a great man who loved his people and tried to save us all from the jews

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ | 3/12/2023 1:44:23 AM(UTC-8) | | |

Status: Sent

3/12/2023 1:44:23 AM(UTC-8)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E09A2A (Table: message, handle; Size: 52322304 bytes)



From: ▇▇▇▇▇▇▇
To: ▇▇▇▇ Chance Brannon (owner)

Creating new account, potentially Emmanuelswedenborgrapistgroyper but im not sure yet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Chance Brannon | | 3/12/2023 5:49:28 PM(UTC-7) | |

Status: Read

3/12/2023 5:24:36 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E32A44 (Table: message, handle; Size: 52322304 bytes)



From: ▇▇▇▇▇ Chance Brannon (owner)
To: ▇▇▇▇▇

Tracking.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ | 3/12/2023 6:11:38 PM(UTC-7) | | |

Status: Sent

3/12/2023 6:11:36 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1E33895 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓▓ Chance Brannon (owner)
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The jews have to fag up everything including the last white sport

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓ | 3/25/2023 7:23:21 PM(UTC-7) | | |

Status: Sent

3/25/2023 7:23:20 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F61B46 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓ Chance Brannon (owner)

I should start painting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓ Chance Brannon | | 3/25/2023 7:23:28 PM(UTC-7) | |

Status: Read

3/25/2023 7:23:28 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F618B0 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓▓ Chance Brannon (owner)
To: ▓▓▓▓▓▓▓

It's not enough to tolerate faggotry you must endorse it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓ | 3/25/2023 7:23:45 PM(UTC-7) | | |

Status: Sent

3/25/2023 7:23:45 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F616A8 (Table: message, handle; Size: 52322304 bytes)



From: ▓▓▓▓▓
To: +▓▓▓▓ (Chance Brannon (owner))

**its all going to go to shit soon if it hasnt already**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓ Chance Brannon | | 3/25/2023 7:24:27 PM(UTC-7) | |

**Status:** Read

3/25/2023 7:24:13 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F61425 (Table: message, handle;
Size: 52322304 bytes)



From: +▓▓▓▓ (Chance Brannon (owner))
To: +▓▓▓▓

**I hope so. The sooner the better.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓ | 3/25/2023 7:24:40 PM(UTC-7) | | |

**Status:** Sent

3/25/2023 7:24:40 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F62F8D (Table:
message, handle; Size: 52322304 bytes)



From: +▓▓▓▓ (Chance Brannon (owner))
To: +▓▓▓▓

**Where's the balls on a dick**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓ | 3/25/2023 8:48:06 PM(UTC-7) | | |

**Status:** Sent

3/25/2023 8:48:04 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F63D7B (Table:
message, handle; Size: 52322304 bytes)



From: ▓ [Chance Brannon (owner)]
To: +▓

I want to scalp people who comment under esoteric racist memes expressing confusion

Attachments:

Title: IMG_1526.PNG
Size: 679042
File name: ~/Library/SMS/Attachments/e8/08/CBA1B8DE-C0B8-4EEA-9DE2-8B0C7E9A1459/IMG_1526.PNG
Path: https://p44-content.icloud.com/MDF92EDCDCC79E18E102F761097754ED8B56BFE054BA0A3EE78E85B85E8B71888.C01USN00
~/Library/SMS/Attachments/e8/08/CBA1B8DE-C0B8-4EEA-9DE2-8B0C7E9A1459/IMG_1526.PNG

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓ | 3/27/2023 7:15:08 PM(UTC-7) | | |

Status: Sent

3/27/2023 7:15:06 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F8F802 (Table: message, attachment, handle; Size: 52322304 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/e8/08/CBA1B8DE-C0B8-4EEA-9DE2-8B0C7E9A1459/IMG_1526.PNG : (Size: 679042 bytes)



From: +▓
To: +▓ [Chance Brannon (owner)]

The underground militant wing of the left right now being sex perverted crossdressers is very odd

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓ Chance Brannon | | 3/27/2023 8:03:19 PM(UTC-7) | |

Status: Read

3/27/2023 7:50:11 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9E460 (Table: message, handle; Size: 52322304 bytes)



From: +▓
To: +▓ [Chance Brannon (owner)]

the above ground militant wing obviously being the actual government

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓ Chance Brannon | | 3/27/2023 8:03:19 PM(UTC-7) | |

Status: Read

3/27/2023 7:50:29 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9FF83 (Table: message, handle; Size: 52322304 bytes)

From: ▪
To: ▪ Chance Brannon (owner)

but the fact that we're getting more and more mass shootings perpetrated by trannies should probably be saying something to people and its not

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▪ | Chance Brannon | | 3/27/2023 8:03:19 PM(UTC-7) | |

**Status:** Read

3/27/2023 7:50:55 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9FD16 (Table: message, handle; Size: 52322304 bytes)

From: ▪
To: ▪ Chance Brannon (owner)

like this shit is getting worse and worse and nobody really seems to be doing much of anything besides going "The insane liberal left strikes again!" and then going about their business

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▪ | Chance Brannon | | 3/27/2023 8:03:19 PM(UTC-7) | |

**Status:** Read

3/27/2023 7:52:31 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9FA0D (Table: message, handle; Size: 52322304 bytes)

From: ▪
To: ▪ Chance Brannon (owner)

I should join like the john brown gun club or some shit and just start a shit ton of rumors about everyone

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ▪ | Chance Brannon | | 3/27/2023 8:03:19 PM(UTC-7) | |

**Status:** Read

3/27/2023 7:58:23 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9F6AA (Table: message, handle; Size: 52322304 bytes)



From: + [redacted] Chance Brannon (owner)
To: + [redacted]

It's funny that the entire militant left is lumpen bourgeoisie

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | 3/27/2023 8:03:58 PM(UTC-7) | | |

**Status:** Sent

3/27/2023 8:03:57 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1F9F3FB (Table: message, handle; Size:
52322304 bytes)



From: + [redacted] Chance Brannon (owner)
To: + [redacted]

How is there not a single classical leftist partisan among their ranks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] | 3/27/2023 8:04:18 PM(UTC-7) | | |

**Status:** Sent

3/27/2023 8:04:18 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA0F8D (Table: message, handle; Size:
52322304 bytes)



From: + [redacted]
To: + [redacted] Chance Brannon (owner)

Like at least the old school guys were like almost respectable, these niggas are pathetic and we just let them do whatever the fuck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] Chance Brannon | | 3/27/2023 8:04:57 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:04:57 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA0CED (Table: message, handle; Size: 52322304 bytes)



↰ **Reply**

From: █████████ Chance Brannon (owner)
To: + █████████

From: █████████ Chance Brannon (owner)
To: + █████████

I should join like the john brown gun club or some shit and just start a shit ton of rumors about everyone

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| + █████████ Chance Brannon | | | 3/27/2023 8:03:19 PM(UTC-7) | |

**Status:** Read

3/27/2023 7:58:23 PM(UTC-7)

I thought about infiltrating the local SRA and assembling target dossiers on the members but got lazy

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| + █████████ | | 3/27/2023 8:05:07 PM(UTC-7) | | |

**Status:** Sent
**Label:** Reply

3/27/2023 8:05:07 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA09DD (Table: message, handle; Size: 52322304 bytes)

From: + █████████
To: + █████████ Chance Brannon (owner)

and its not like you have to kill people just fucking riot and burn shit down and people would get the message but nobody fucking will

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| + █████████ Chance Brannon | | | 3/27/2023 8:05:17 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:05:17 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA06FF (Table: message, handle; Size: 52322304 bytes)



From: ████████ Chance Brannon (owner)
To: ████████

I need to get back into domestic terrorism

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | 3/27/2023 8:05:25 PM(UTC-7) | | |

Status: Sent

3/27/2023 8:05:25 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA0414 (Table: message, handle; Size: 52322304 bytes)



From: ████████ Chance Brannon (owner)
To: ████████

Im really good at lying I need to utilize it somehow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Chance Brannon | | 3/27/2023 8:05:38 PM(UTC-7) | |

Status: Read

3/27/2023 8:05:37 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA1F83 (Table: message, handle; Size: 52322304 bytes)



↶ **Reply**

From: ▮ ▮ Chance Brannon (owner)
To: ▮ ▮

From: ▮ ▮
To: ▮ ▮ Chance Brannon (owner)

like this shit is getting worse and worse and nobody really seems to be doing much of anything besides going "The insane liberal left strikes again!" and then going about their business

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | Chance | 3/27/2023 8:03:19 PM(UTC-7) |

**Status:** Read

3/27/2023 7:52:31 PM(UTC-7)

Americans are totally and effectively psyopped against civil violence

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 3/27/2023 8:06:29 PM(UTC-7) | | |

**Status:** Sent
**Label:** Reply

3/27/2023 8:06:29 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA1D16 (Table: message, handle; Size: 52322304 bytes)



From: ▮ ▮
To: ▮ ▮ Chance Brannon (owner)

Frankly instead of infiltrating wizard clans i need to be infiltrating like southern poverty law center groups and shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 3/27/2023 8:06:34 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:06:33 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA1A78 (Table: message, handle; Size: 52322304 bytes)



From: Chance Brannon (owner)
To:

**The french burn down government buildings over literally fucking anything**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 3/27/2023 8:06:52 PM(UTC-7) | | |

**Status:** Sent

3/27/2023 8:06:51 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA17AF (Table: message, handle; Size: 52322304 bytes)



From:
To: Chance Brannon (owner)

**its apathy, the average American is psychologically no different from a rape victim**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 3/27/2023 8:06:58 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:06:57 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA1509 (Table: message, handle; Size: 52322304 bytes)



### ← Reply

From: █ ▌Chance Brannon (owner)
To: ▌ █

From: █
To: ▌ Chance Brannon (owner)

Frankly instead of infiltrating wizard clans i need to be infiltrating like southern poverty law center groups and shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + Chance Brannon | | 3/27/20 23 8:06:34 PM(UT C-7) | |

**Status:** Read

3/27/2023 8:06:33 PM(UTC-7)

What would you do once you infiltrated

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + | 3/27/2023 8:07:16 PM(UTC-7) | | |

**Status:** Sent
**Label:** Reply

3/27/2023 8:07:16 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA125D (Table: message, handle; Size: 52322304 bytes)

From: +█
To: + █ Chance Brannon (owner)

we need to put LSD in the water like in men who stare at goats to lower the baseline serotonin of the average american

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + Chance Brannon | | 3/27/2023 8:07:41 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:07:40 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA2F83 (Table: message, handle; Size: 52322304 bytes)

↰ **Reply**



From: █
To: ██ Chance Brannon (owner)

From: █
To: ██ Chance Brannon (owner)

Frankly instead of infiltrating wizard clans i need to be infiltrating like southern poverty law center groups and shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██ Chance Brannon | | 3/27/2023 8:06:34 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:06:33 PM(UTC-7)

i don't know. Sabotage shit. I don't really know how this shit works maybe ill read a cia manual or something

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██ Chance Brannon | | 3/27/2023 8:08:05 PM(UTC-7) | |

**Status:** Read
**Label:** Reply

3/27/2023 8:08:05 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA2C87 (Table: message, handle; Size: 52322304 bytes)



From: █ Chance Brannon (owner)
To: ██

No we need to create food insecurity

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██ | 3/27/2023 8:08:16 PM(UTC-7) | | |

**Status:** Sent

3/27/2023 8:08:16 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA29CA (Table: message, handle; Size: 52322304 bytes)



From: +
To: +                    Chance Brannon (owner)

Maybe but i think they're already gonna do that and people will just eat out of the palm of the governments hand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +       Chance Brannon | | 3/27/2023 8:08:47 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:08:46 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA276F (Table: message, handle; Size: 52322304 bytes)

← **Reply**

From: +            Chance Brannon (owner)
To: +

From: +
To: +            Chance Brannon (owner)

Frankly instead of infiltrating wizard clans i need to be infiltrating like southern poverty law center groups and shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +       Chance Brannon | | 3/27/2023 8:06:34 PM(UTC-7) | |

**Status:** Read

3/27/2023 8:06:33 PM(UTC-7)

I have a hard copy of the oss sabotage manual if you want it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 3/27/2023 8:08:50 PM(UTC-7) | | |

**Status:** Sent
**Label:** Reply

3/27/2023 8:08:50 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x1FA2485 (Table: message, handle; Size: 52322304 bytes)

106

From: +
To: +               Chance Brannon (owner)

Im hoping theres like a handful of actual retarded boots so my less than bare minimum knowledge and commitment doesn't become obvious

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| +          | Chance Brannon | | 4/4/2023 1:18:23 PM(UTC-7) | |

Status: Read

4/4/2023 10:39:55 AM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x202DA87 (Table: message, handle; Size: 52322304 bytes)



From: +               Chance Brannon (owner)
To: +

I've said before the jan 6 protesters being in jail provides a storming the bastille opportunity for america

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| +          | | 4/4/2023 7:35:03 PM(UTC-7) | | |

Status: Sent

4/4/2023 7:35:01 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x203469D (Table: message, handle; Size: 52322304 bytes)



From: +
To: +               Chance Brannon (owner)

I dont even know where they're being held but that would be badass

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| +          | Chance Brannon | | 4/4/2023 7:36:18 PM(UTC-7) | |

Status: Read

4/4/2023 7:35:49 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2036F83 (Table: message, handle; Size: 52322304 bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2036D20 (Table: message, handle; Size: 52322304 bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2036AEF (Table: message, handle; Size: 52322304 bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20364CE (Table: message, handle; Size: 52322304 bytes)

From: +
To: +          Chance Brannon (owner)

**is this whole trial literally just about him paying a porn star to not tell people he had sex with her**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          Chance Brannon | | 4/4/2023 7:39:46 PM(UTC-7) | |

Status: Read

4/4/2023 7:39:40 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20362B2 (Table: message, handle; Size: 52322304 bytes)



From: +          Chance Brannon (owner)
To: +

**I lack the semitic blood to even comprehend the nature of the charges**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          | 4/4/2023 7:40:15 PM(UTC-7) | | |

Status: Sent

4/4/2023 7:40:15 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2037F8D (Table: message, handle; Size: 52322304 bytes)

From: +          Chance Brannon (owner)
To: +

**The western US was always mostly mexican ethnically which is why it needs to be cleansed of them**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +          | 4/6/2023 5:31:17 PM(UTC-7) | | |

Status: Sent

4/6/2023 5:31:17 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2084F8D (Table: message, handle; Size: 52322304 bytes)



From: █
To: █                  Chance Brannon (owner)

very werd shit lie yhis that makes me tbjnk somethings up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ Chance Brannon | | 4/9/2023 8:34:46 PM(UTC-7) | |

**Status:** Read

4/9/2023 8:31:25 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20B98BB (Table: message, handle;
Size: 52322304 bytes)



↩ Reply

From: █
To: █                  Chance Brannon (owner)

From: █                  Chance Brannon (owner)
To: █

How was it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ | 4/9/2023 1:25:12 PM(UTC-7) | | |

**Status:** Sent

4/9/2023 1:22:51 PM(UTC-7)

Lots of kids crying but i understand that. Everyone was white and there were like 3000 crying babies. Racially segregated church communities. We're back.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ Chance Brannon | | 4/9/2023 8:34:46 PM(UTC-7) | |

**Status:** Read
**Label:** Reply

4/9/2023 8:32:17 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20B963B (Table: message, handle; Size: 52322304 bytes)



From: ▮
To: ▮ [Chance Brannon (owner)]

**I saw 0 niggers and mexicans**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 4/9/2023 8:34:46 PM(UTC -7) | |

**Status:** Read

4/9/2023 8:32:30 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20B931A (Table:
message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

**God is in control. 1488**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 4/9/2023 8:34:54 PM(UTC-7) | | |

**Status:** Sent

4/9/2023 8:34:53 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20BAF8D (Table:
message, handle; Size: 52322304 bytes)



From: ▮
To: ▮ [Chance Brannon (owner)]

**i actually like the ▮ one more because the priest is like a normal dude**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 4/9/2023 8:36:21 PM(UTC-7) | |

**Status:** Read

4/9/2023 8:35:54 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x20BAD4C (Table: message, handle; Size: 52322304
bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x231C680 (Table: message, handle; Size: 52322304 bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233AD2C (Table: message, handle; Size: 52322304 bytes)



Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233AABD (Table: message, handle; Size: 52322304 bytes)



From:
To:                    Chance Brannon (owner)

Theres like 3 coalburnwrs for every 1 qhite woman

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Brannon Chance | | 5/20/2023 6:55:59 PM(UTC-7) | |

Status: Read

5/20/2023 6:55:59 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233A87B (Table: message, handle; Size: 52322304 bytes)



From:
To:                    Chance Brannon (owner)

Im about to nidalmode this shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Brannon Chance | | 5/20/2023 6:56:10 PM(UTC-7) | |

Status: Read

5/20/2023 6:56:10 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233A635 (Table: message, handle; Size: 52322304 bytes)



From:              Chance Brannon (owner)
To:

I seriously considered raping a woman today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 5/20/2023 6:56:11 PM(UTC-7) | | |

Status: Sent

5/20/2023 6:56:11 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233BF8D (Table: message, handle; Size: 52322304 bytes)

From: +███████████
To: +████████ Chance Brannon (owner)

**this how pussy got a nigga**

Attachments:



Title: IMG_2789.heic
Size: 89181
File name: ~/Library/SMS/Attachments/d9/09/CCCDADE1-745D-40E0-92D1-
C727A4E8C79D/IMG_2789.heic
Path: https://p68-
content.icloud.com/ME17054F66CBB5A8EB57477D876200849CAE8275344D6DA72
EDAF161D23391596.C01USN00
~/Library/SMS/Attachments/d9/09/CCCDADE1-745D-40E0-92D1-
C727A4E8C79D/IMG_2789.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███████ Chance Brannon | | 5/20/202 3 6:56:36 PM(UTC -7) | |

**Status:** Read

5/20/2023 6:56:34 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233BA87 (Table:
message, handle, attachment; Size: 52322304 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/d9/09/CCCDADE1-
745D-40E0-92D1-C727A4E8C79D/IMG_2789.heic :  (Size: 89181 bytes)



From: +████████ Chance Brannon (owner)
To: +████████ ████

**This bitch gave me lip in the parking lot and i had a flash of just pushing her over and raping her**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████████ ████ | 5/20/2023 6:56:46 PM(UTC-7) | | |

**Status:** Sent

5/20/2023 6:56:45 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233B7D4 (Table: message, handle; Size: 52322304 bytes)



↰ **Reply**

From: +████████ Chance Brannon (owner)
To: +████████

From: +████████ ████
To: +████████ Chance Brannon (owner)

**this how pussy got a nigga**

Attachments:

Title: IMG_2789.heic
Size: 89181
File name: ~/Library/SMS/Attachments/d9/09/CCCDADE1-745D-40E0-92D1-
C727A4E8C79D/IMG_2789.heic
Path: https://p68-
content.icloud.com/ME17054F66CBB5A8EB57477D876200849CAE8275344D



6DA72EDAF161D23391596.C01USN00
~/Library/SMS/Attachments/d9/09/CCCDADE1-745D-40E0-
92D1-C727A4E8C79D/IMG_2789.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 5/20/20 23 6:56:36 PM(UT C-7) | |

**Status:** Read

5/20/2023 6:56:34 PM(UTC-7)

## Kali yuga

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 5/20/2023 6:56:54 PM(UTC-7) | | |

**Status:** Sent
**Label:** Reply

5/20/2023 6:56:53 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233B4DB (Table:
message, handle; Size: 52322304 bytes)



From: 
To: Chance Brannon (owner)

Im either gonna go to a club with literal niggers here and try to get my dick sucked or im gonna go home and drink

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 5/20/2023 6:57:48 PM(UTC-7) | |

**Status:** Read

5/20/2023 6:57:28 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233B2B6 (Table: message, handle; Size: 52322304 bytes)



From: 
To: Chance Brannon (owner)

i dont wanna rape bitches but i be scanning this shit like terminator thinking about assualtinf mixed race couples

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Chance Brannon | | 5/20/2023 6:58:16 PM(UTC-7) | |

**Status:** Read

5/20/2023 6:58:16 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233CF83 (Table: message, handle; Size: 52322304 bytes)



From: ███ Chance Brannon (owner)
To: ███████████ ███

Sounds like there are zero positive outcomes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ ██ | 5/20/2023 6:58:19 PM(UTC-7) | | |

Status: Sent

5/20/2023 6:58:19 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233CCC4 (Table:
message, handle; Size: 52322304 bytes)



↩ Reply

From: ███ Chance Brannon (owner)
To: ██████████

From: ███ ██████ Chance Brannon (owner)
To: ███

i dont wanna rape bitches but i be scanning this shit
like terminator thinking about assualtinf mixed race
couples

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██ Chance Brannon | | 5/20/20 23 6:58:16 PM(UT C-7) | |

Status: Read

5/20/2023 6:58:16 PM(UTC-7)

Lmfao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ ██ | 5/20/2023 6:58:24 PM(UTC-7) | | |

Status: Sent
Label: Reply

5/20/2023 6:58:24 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233CA38 (Table:
message, handle; Size: 52322304 bytes)



From: ▮ ▮ Chance Brannon (owner)
To: ▮ ▮

**Just cracked up at this visual in the middle of in n out**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Rocco Czajkowski | 5/20/2023 6:58:36 PM(UTC-7) | | |

**Status:** Sent

5/20/2023 6:58:35 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x233C825 (Table: message, handle; Size: 52322304 bytes)



From: ▮ ▮ Chance Brannon (owner)
To: ▮ ▮

**How far is ▮ from you how are you gonna stalk ▮**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Rocco Czajkowski | 5/21/2023 6:34:45 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:34:44 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234D6D0 (Table: message, handle; Size: 52322304 bytes)



From: ▮ ▮ Chance Brannon (owner)
To: ▮ ▮

**Like 2 hours**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/202 3 6:34:58 PM(UTC -7) | |

**Status:** Read

5/21/2023 6:34:57 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234D44F (Table: message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

Win

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:35:04 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:35:03 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234D25B (Table: message, handle; Size: 52322304 bytes)



From: ▮
To: ▮ Chance Brannon (owner)

yeah its 2 hours and 9 minutes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:35:35 PM(UTC-7) | |

Status: Read

5/21/2023 6:35:16 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234EF83 (Table: message, handle; Size: 52322304 bytes)

From: ▮
To: ▮ Chance Brannon (owner)

I literally could if i wanted to her unit is public info

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:35:35 PM(UTC-7) | |

Status: Read

5/21/2023 6:35:25 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234ED63 (Table: message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

**Does she live in the bricks or in housing**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:36:01 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:36:01 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234EB19 (Table: message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

**I don't know. I don't think shes married.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:36:23 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:36:23 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234E8B4 (Table: message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

**Her superiors tolerating this is the same dynamic as a father or husband tolerating it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:36:36 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:36:35 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234E67E (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮

**Indictment of the military as an institution**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 5/21/2023 6:36:44 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:36:44 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234E3C8 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮

**Shes literally army psy ops this is part of her job lol**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Chance Brannon | | 5/21/2023 6:36:59 PM(UTC-7) | |

Status: Read

5/21/2023 6:36:53 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234FF83 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮

**Nigga i don't think it is**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 5/21/2023 6:37:07 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:37:07 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234FD3B (Table: message, handle; Size: 52322304 bytes)



From: ▮
To: ▮ Chance Brannon (owner)

**Im pretty sure its like a recruiting thing**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/202 3 6:37:19 PM(UTC -7) | |

**Status:** Read

5/21/2023 6:37:19 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234FAF6 (Table:
message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

**That's what everyone says but i haven't seen any evidence for it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Rocco Czajkowski | 5/21/2023 6:37:33 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:37:33 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234F8C8 (Table: message, handle; Size:
52322304 bytes)



From: ▮
To: ▮ Chance Brannon (owner)

**Idk hownshe could get away with posting shit like this otherwise**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:37:44 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:37:38 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234F634 (Table: message, handle; Size:
52322304 bytes)



From: █████ Chance Brannon (owner)
To: ████████

Well it's not technically against regs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███████████ | 5/21/2023 6:37:54 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:37:54 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x234F3D9 (Table:
message, handle; Size: 52322304 bytes)



From: +████████ Chance Brannon (owner)
To: +████████

she posted her graduation from whatever job school

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████████ Chance Brannon | | 5/21/2023 6:37:59 PM(UTC-7) | |

Status: Read

5/21/2023 6:37:59 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2350F83 (Table: message, handle;
Size: 52322304 bytes)



From: +████████ Chance Brannon (owner)
To: +████████

I have noticed an uptick in Army ads with women in them but none of them are whoring around like she does, it's all "here's what i do for my job"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████████ | 5/21/2023 6:40:00 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:39:58 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2350A95 (Table: message, handle; Size: 52322304 bytes)



From: ▮ ▮ Chance Brannon (owner)
To: ▮

I think if there was an actual us military recruiting program using tiktok egirls we would hear about it internally

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:40:27 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:40:25 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2350765 (Table: message, handle; Size: 52322304 bytes)



From: ▮
To: ▮ Chance Brannon (owner)

I should just take a bunch of pictures of her at work and tag her in them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:43:15 PM(UTC-7) | |

Status: Read

5/21/2023 6:42:21 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x235046B (Table: message, handle; Size: 52322304 bytes)



From: ▮ Chance Brannon (owner)
To: ▮

Surprised some nigga isn't already doing this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:43:27 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:43:27 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2351F8D (Table: message, handle; Size: 52322304 bytes)



**From:** ▮
**To:** ▮ ▮ (Chance Brannon (owner))

what rank is she

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:43:48 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:43:48 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2351D20 (Table: message, handle; Size: 52322304 bytes)

**From:** ▮
**To:** ▮ ▮ (Chance Brannon (owner))

she has literally no opsec at all

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Chance Brannon | | 5/21/2023 6:45:35 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:43:59 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2351B1C (Table: message, handle; Size: 52322304 bytes)



**From:** ▮ ▮ Chance Brannon (owner)
**To:** ▮

Specialist

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | 5/21/2023 6:45:38 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:45:38 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2351900 (Table: message, handle; Size: 52322304 bytes)



From: ⬛ [redacted] Chance Brannon (owner)
To: ⬛ [redacted]

Had to scroll through her infuriating page to find that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛ [redacted] | 5/21/2023 6:45:50 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:45:50 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x23516E3 (Table: message, handle; Size: 52322304 bytes)



From: ⬛ [redacted] Chance Brannon (owner)
To: ⬛ [redacted]

What the fuck kind of name is ⬛ anyways

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛ [redacted] | 5/21/2023 6:45:58 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:45:57 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x235146C (Table: message, handle; Size: 52322304 bytes)



From: ⬛ [redacted] Chance Brannon (owner)
To: ⬛ [redacted]

I don't know. Im going to rape her to death

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ⬛ [redacted] Chance Brannon | | 5/21/2023 6:47:07 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:47:03 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2351203 (Table: message, handle; Size: 52322304 bytes)



From: [ ] Chance Brannon (owner)
To: [ ]

**Please do**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [ ] | 5/21/2023 6:47:11 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:47:10 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2352F8D (Table: message, handle; Size: 52322304 bytes)



From: [ ]
To: [ ] Chance Brannon (owner)

**Attachments:**

Title: DDF6FC81-1FD7-4CB3-A722-D595B1495EFB.heic
Size: 115423
File name: ~/Library/SMS/Attachments/87/07/B5492134-CD98-401B-B305-FE2FDD861DD6/DDF6FC81-1FD7-4CB3-A722-D595B1495EFB.heic
Path: https://p24-content.icloud.com/ME17054F66CBB5A8EB57477D876200849CAE8275344D6DA72EDAF161D23391596.C01USN00
~/Library/SMS/Attachments/87/07/B5492134-CD98-401B-B305-FE2FDD861DD6/DDF6FC81-1FD7-4CB3-A722-D595B1495EFB.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [ ] Chance Brannon | | 5/21/2023 6:52:25 PM(UTC-7) | |

Status: Read

5/21/2023 6:52:21 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2352B23 (Table: message, handle, attachment; Size: 52322304 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/87/07/B5492134-CD98-401B-B305-FE2FDD861DD6/DDF6FC81-1FD7-4CB3-A722-D595B1495EFB.heic : (Size: 115423 bytes)



From: [ ] Chance Brannon (owner)
To: [ ]

**Whoskiville**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [ ] | 5/21/2023 6:52:54 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:52:54 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x23528BB (Table: message, handle; Size: 52322304 bytes)



From: ███ ██████ Chance Brannon (owner)
To: ████████████

Attachments:

Title: IMG_2244.jpg
Size: 118936
File name: ~/Library/SMS/Attachments/32/02/6843C1BA-6E6A-446D-AB00-2F037ED54D69/IMG_2244.jpg
Path: https://p67-content.icloud.com/MDE4A52F4F9E372C894CB18D772C700DAD2AF76F537A11080CB296AA45342C601.C01USN00
~/Library/SMS/Attachments/32/02/6843C1BA-6E6A-446D-AB00-2F037ED54D69/IMG_2244.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ | 5/21/2023 6:53:31 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:53:29 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x235269C (Table: message, attachment, handle; Size: 52322304 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/32/02/6843C1BA-6E6A-446D-AB00-2F037ED54D69/IMG_2244.jpg : (Size: 118936 bytes)



From: ████████████ Chance Brannon (owner)
To: ████████████ Chance Brannon (owner)

does this work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Chance Brannon | | 5/21/2023 6:53:49 PM(UTC-7) | |

Status: Read

5/21/2023 6:53:49 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2352434 (Table: message, handle; Size: 52322304 bytes)



From: ████████ Chance Brannon (owner)
To: ████████████

What if we sell blacks on a niggeropolis idea where they all move into the squidward ethnostate and then we pull a tulsa

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ | 5/21/2023 6:53:59 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:53:59 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2353F8D (Table: message, handle; Size: 52322304 bytes)





From: ▮ ▮ Chance Brannon (owner)
To: + ▮ ▮

### I can't believe they're actually getting reparations

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ ▮ | 5/21/2023 6:54:59 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:54:59 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2353750 (Table: message, handle;
Size: 52322304 bytes)



From: + ▮ ▮
To: + ▮ Chance Brannon (owner)

**Attachments:**

Title: 70641331065__C81A5020-C4DB-4E58-834B-9E7E8081E4E8.heic
Size: 3815809
File name: ~/Library/SMS/Attachments/96/06/4F1FEE0B-2FE7-411F-A15E-2A59A81E1A0C/70641331065__C81A5020-C4DB-4E58-834B-9E7E8081E4E8.heic
Path: https://p58-content.icloud.com/ME17054F66CBB5A8EB57477D876200849CAE8275344D6DA72EDAF161D23391596.C01USN00
~/Library/SMS/Attachments/96/06/4F1FEE0B-2FE7-411F-A15E-2A59A81E1A0C/70641331065__C81A5020-C4DB-4E58-834B-9E7E8081E4E8.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮ Chance Brannon | | 5/21/2023 6:55:17 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:55:15 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x23534D5 (Table:
message, handle, attachment; Size: 52322304 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/96/06/4F1FEE0B-2FE7-411F-A15E-2A59A81E1A0C/70641331065__C81A5020-C4DB-4E58-834B-9E7E8081E4E8.heic :  (Size: 3815809 bytes)



From: + ▮ ▮
To: + ▮ Chance Brannon (owner)

### wtf is happenning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ▮ Chance Brannon | | 5/21/2023 6:55:17 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:55:17 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2353263 (Table:
message, handle; Size: 52322304 bytes)



From: ▇ ▇ Chance Brannon (owner)
To: ▇ ▇ ▇

Shit looks like outlast or the forest

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇ ▇ | 5/21/2023 6:55:38 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:55:38 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354F8D (Table: message, handle; Size: 52322304 bytes)



From: ▇ ▇ Chance Brannon (owner)
To: ▇ ▇

he was just walking around someones room butt ass naked and then the feed cut lmao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇ Chance Brannon | | 5/21/2023 6:56:08 PM(UTC-7) | |

Status: Read

5/21/2023 6:55:50 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354D30 (Table: message, handle; Size: 52322304 bytes)



From: ▇ ▇ Chance Brannon (owner)
To: ▇ ▇

Gonna keep the klan thing in the back of my mind if i ever get robbed by a nigger

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇ ▇ | 5/21/2023 6:56:23 PM(UTC-7) | | |

Status: Sent

5/21/2023 6:56:23 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354AB1 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮ Chance Brannon (owner)
To: ▮▮▮▮▮▮▮▮

**Wouldn't work with spics because they all have the same 5 names**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | 5/21/2023 6:56:39 PM(UTC-7) | | |

**Status:** Sent

5/21/2023 6:56:39 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354805 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮▮
To: ▮▮▮▮ Chance Brannon (owner)

**Quandale Dingle**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Chance Brannon | | 5/21/2023 6:58:03 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:57:38 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354573 (Table: message, handle; Size: 52322304 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮ Chance Brannon (owner)

**I dont know if this would still work**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Chance Brannon | | 5/21/2023 6:58:03 PM(UTC-7) | |

**Status:** Read

5/21/2023 6:57:58 PM(UTC-7)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2354371 (Table: message, handle; Size: 52322304 bytes)